IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>STEVEN G. PETERSON,<br><br>              Defendant. | **4:19CR3015**<br><br>**ORDER** |

Defendant was initially charged with drug offenses and he retained counsel to represent him on those charges. A Superseding Indictment added child pornography charges. The court has now severed the drug and child pornography charges into separate actions. Retained counsel will not be representing the defendant on the child pornography charges. Defendant has moved for appointment of counsel. (Filing No. 37).

The court has received a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of Defendant's request for appointed counsel. The court finds the above-named defendant is currently eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

Accordingly,

IT IS ORDERED that Defendant's motion for appointed counsel, (Filing No. 37), is granted, and

1)    The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant <u>as to the child pornography charges only</u>. In the event that the Federal Public

Defender accepts this appointment, the Federal Public Defender shall forthwith file an appearance in this matter. In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

2)  The newly appointed counsel shall promptly file an entry of appearance on behalf of Defendant.

3)  A status conference will be held before the undersigned magistrate judge at 9:00 a.m. on July 17, 2019 in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to discuss case progression and a trial setting. Defendant, defense counsel on the child pornography charges, and counsel for the government shall be present at the conference.

4)  The time between today's date and July 17, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because defendant is awaiting appointment of counsel and additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

July 3, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge